# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIE SLAYTON, | ) |
| Plaintiff, | ) 8:05CV398 |
| vs. | ) ORDER |
| MIDLAND CREDIT MANAGEMENT INC., | ) |
| Defendant. | ) |

This matter is before the court on the plaintiff's motion for a status conference (Filing No. 10) and the parties' oral motion for an extension of time to submit dismissal papers made on December 6, 2005. The court held a telephone conference on December 6, 2005 regarding the motion for a status conference (Filing No. 10). Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's motion for a status conference (Filing No. 10) is granted and the parties have participated in a status conference on December 6, 2005.

2. The parties' oral motion for an extension of time to submit dismissal papers is granted as set forth below.

3. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before December 20, 2005**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

4. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 7th day of December, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge