**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| JULIE SLAYTON | ) | |
| | ) | CASE No. 8:05CV398 |
| PLAINTIFF, | ) | |
| | ) | **Order to allow** |
| VS. | ) | **Settlement Agreement** |
| | ) | **to be filed under** |
| MIDLAND CREDIT MANAGEMENT, | ) | **seal** |
| DEFENDANT, | ) | |

_____

        This matter is before the Court upon the Plaintiff's motion to file the parties' settlement agreement under seal pursuant to stipulation (filing no. 12).

        AND THE COURT, being fully advised in the premises, finds that the motion to file under seal should be granted.

        IT IS THEREFORE ORDERED, that the parties settlement agreement, exhibit A to filing no. 12 shall be filed under seal. The filing party shall deliver the document to the clerk's office for conventional filing under seal.

 Dated:   December 21, 2005

                                        s/ Joseph F. Bataillon
                                        UNITED STATES DISTRICT COURT JUDGE