## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIE SLAYTON, | ) |
| | ) CASE No. 8:05CV398 |
| PLAINTIFF, | ) |
| | ) **ORDER APPROVING** |
| vs. | ) **SETTLEMENT AGREEMENT AND** |
| | ) **GRANTING DISMISSAL** |
| MIDLAND CREDIT MANAGEMENT, | ) **WITH PREJUDICE** |
| | ) |
| DEFENDANT, | ) |

THIS MATTER came before the Court this 21st day of December, 2005 upon the Stipulation of the parties (filing no.12) for Approval of the Settlement and for Dismissal with prejudice.

AND THE COURT, being fully advised in the premises, finds that said stipulation (filing no. 12) should be approved.

IT IS THEREFORE ORDERED:

1. That the settlement agreement filed under seal is approved;

2. That the Stipulation (filing no. 12) is approved;

3. That the matter is dismissed with prejudice, with both parties to pay their own fees and costs unless otherwise agreed.

Dated: December 21, 2005

                                           s/ Joseph F. Bataillon
                                           United States District Court Judge